Argued on motion to dismiss appeal October 8, denied October 13, 1915.
Dismissed on stipulation April 4, 1916.

## STEED v. CAVANAUGH.

(151 Pac. 968.)

**Appeal and Error—Appeal Undertaking—Sufficiency.**

1. An appeal undertaking not providing that appellant would pay all the damages, costs, and disbursements which might be awarded against him on appeal, as required by Section 551, L. O. L., was invalid.

**Appeal and Error—Undertakings—Amendment.**

2. Under the express provision of Section 550, subdivision 4, L. O. L., appellant, whose appeal undertaking by oversight omitted an essential provision would be allowed to file a sufficient undertaking.

From Multnomah: JOHN P. KAVANAUGH, Judge.

In Banc.   Statement by MR. JUSTICE EAKIN.

This is an action by Minnie Steed against Frank J. Cavanaugh and the Niehoff Shoe Manufacturing Com-

pany, a corporation. From a judgment in favor of plaintiff, the last-named defendant appeals. Respondent moves to dismiss appeal.    DENIED.

*Messrs. Cole & Cole,* for the motion.

*Mr. J. B. Ryan, Mr. Dan E. Powers* and *Mr. Cicero M. Idleman, contra.*

MR. JUSTICE EAKIN delivered the opinion of the court.

The plaintiff moves to dismiss this appeal for the reason that both the notice of appeal and bond are insufficient.

1. Passing objections to the notice, although it is extremely doubtful if it is sufficient, the undertaking recites that the appellant and surety will satisfy the judgment if affirmed, but in no wise does it provide that appellant will pay all damages, costs, and disbursements which may be awarded against it on the appeal, as is required in Section 551, L. O. L. It is therefore defective.

2. This provision is essential, and its absence renders the undertaking invalid; but, on the authority of *Sutton* v. *Sutton,* 78 Or. 9 (150 Pac. 1025), the mistake in the undertaking being clearly an unintentional oversight, within subdivision 4 of Section 550, L. O. L., the appellant will be allowed to file a sufficient undertaking.

The motion is denied.    DENIED.

This appeal dismissed on stipulation April 4, 1916.—
REPORTER.